

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 6, 2016**

*Barbara J. Houser*

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| ADENIRAN ABRAHAM ARIYO | § | CASE NO. 15-30015-BJH |
| SARAH HOPE ARIYO | § | |
| | § | |
| Debtors | § | Chapter 11 |
| | § | |

### ORDER GRANTING APPLICATION FOR PROVISIONAL CLOSING OF CHAPTER 11 CASE FOR INDIVIDUAL DEBTORS

Came on for consideration the Application for Provisional Closing of Chapter 11 Case for Individual Debtors (the "Application") filed by Adeniran and Sarah Ariyo, Debtors in the above referenced bankruptcy proceeding. The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §1334 and 157, and that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The Court further finds that the Debtors filed and served the Application on

1

or before April 4, 2016, and that no objections to the Application have been filed.  Accordingly, the Court finds that just cause exists for entry of the following order.

It is therefore ORDERED, ADJUDGED and DECREED that the above referenced Chapter 11 case is PROVISIONALLY CLOSED subject to the anticipated re-opening upon completion of all payments required to be made under the confirmed Chapter 11 plan, Notice of Plan Completion and accompanying sworn statements.

It is further ORDERED, ADJUDGED and DECREED that Adeniran and Sarah Ariyo shall pay any outstanding U.S. Trustee fees and file any outstanding quarterly operating reports within 30 days from the date of entry of this Order.

### End of Order ###

PREPARED BY:

By: */s/ Areya Holder Aurzada*
Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
800 W Airport Freeway, Suite 800
Irving, Texas 75062
Telephone: (972) 438-8800
Telecopier: (972) 438-8825
areya@holderlawpc.com